AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court
SOUTHERN DISTRICT OF TEXAS

Francisco Leos-Hernandez

v.

E.M. Trominski, INS District Director

SUMMONS IN A CIVIL ACTION

CASE NUMBER B-99-010

United States District Court
Southern District of Texas
FILED

FEB -9 1999

Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)

United States Attorney
910 Travis, Suite 1500, P.O. Box 61129
Houston, Texas ~~77002~~ 77208

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk
CLERK

DATE  1-19-99

Manuel Garza
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

CAB-99-4

# RETURN OF SERVICE

| | DATE 1/19/99 | United States District Court Southern District of Texas |
|---|---|---|
| Service of the Summons and Complaint was made by me | | |
| NAME OF SERVER (PRINT) Lisa S. Brodyaga | TITLE Attorney | FEB 0 9 1999 Clerk of Court |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail RRR

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/8/99

Signature of Server

Address of Server: Lisa [...] Attorney [...] Refugio [...] P.O. Box [...] Harlingen, Tx 78551

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
US Atty
PO Box 61129
Houston Tx 77208

4a. Article Number
P318 343 820

4b. Service Type
☐ Registered  ☐ Insured
☑ Certified  ☐ COD
☐ Express Mail  ☐ Return Receipt for Merchandise

7. Date of Delivery JAN 22 1999

5. Signature (Addressee)

6. Signature (Agent) S.B.

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991   ☆U.S. GPO: 1993—352-714   **DOMESTIC RETURN RECEIPT**