AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN     **DISTRICT OF**     TEXAS

*Francisco Leos - Hernandez*

## SUMMONS IN A CIVIL ACTION

v.

E.M. Trominski, INS District Director

CASE NUMBER:   B -99-010

United States District Court
Southern District of Texas
FILED

FEB - 9 1999

Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)

E.M. Trominski
2102 Teege
Harlingen, Texas 78550

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lisa S. Brodyaga, Attorney
402 E. Harrison, 2nd Floor
Harlingen, Texas 78550

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

**CLERK**

DATE   1-19-99

BY DEPUTY CLERK

$CAB-99-10$

AO 440 (Rev.1/90) Summons In a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | **DATE** 1/19/99 | United States District Court<br>Southern District of Texas<br>FILED |
| **NAME OF SERVER (PRINT)** Lisa S. Brodyaga | **TITLE** Attorney | FEB 0 9 1999 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

Michael N. Milby
**Clerk of Court**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Received for E.M. Trominski
  01/19/99
  Chris Bernal

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _2/8/99_
               _Date_

_____
Signature of Server

Lisa Brodyaga
Attorney
Refugio D___ ___ Grande
P.O. Box 3___
Harlingen, Tx 78551

_Address of Server_

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CMPDF - www.fooio.com