IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| FRANCISCO LEOS-HERNANDEZ, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. B-99-010 |
| ) | |
| E.M. TROMINSKI, INS ) | |
| DISTRICT DIRECTOR, et al. ) | |
| Respondents. ) | |

**OPPOSED MOTION TO DISMISS WITHOUT PREJUDICE
THE PETITION FOR WRIT OF HABEAS CORPUS**

COMES NOW, Respondents, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby files this Opposed Motion to Dismiss Without Prejudice in this case.

The Attorney General acquiesced in the various Circuit Courts' conclusions, as a matter of statutory construction, that Congress intended that §440(d) of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 (April 24, 1996) ("AEDPA") not be applied to deportation proceedings that had been commenced before AEDPA was enacted into law. *See*, Federal Register, January 22, 2001, Vol. 66, No. 14, pp. 6436-6446, 6438. Regulations were promulgated and, on January 22, 2001, the Immigration regulations became final giving certain aliens the ability move to reopen their administrative proceedings before the Board of Immigration Appeals ("Board"). The Petitioner is one of those aliens who can benefit from these new regulations.

1

The parties agree that this case should be returned to the Board. However, the parties cannot agree on how to resolve the instant case before the District Court. Because of the new regulations, the Petitioner has not exhausted all his administrative remedies and Respondents feel that dismissal without prejudice is appropriate.

For this reason, the Respondents respectfully move to dismiss this petition for writ of habeas corpus without prejudice.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

GREGORY A. SERRES
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: June 14, 2001

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

Lisa S. Brodyaga, Esquire
Refugio Del Rio Grande
17891 Landrum Park Rd.
San Benito, TX 78586

on this the ____14th____ day of ____June____, 2001.

Lisa M. Putnam
Special Assistant U.S. Attorney

3