```
                                          United States District Court
                                          Southern District of Texas
                                                   FILED

                                                JUL 03 2001
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION        Michael N. Milby, Clerk of Court
```

| | | |
|---|---|---|
| JOSE VILLANUEVA-VELASQUEZ | ) | B98-143 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |
| ..............................) | | |

and

| | | |
|---|---|---|
| LADISLAO GARCIA-ESPINOZA | ) | B98-192 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |
| ..............................) | | |

and

| | | |
|---|---|---|
| JUAN JOSE LUNA-GUZME | ) | B98-193 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |
| ..............................) | | |

and

| | | |
|---|---|---|
| FRANCISCO LEOS-HERNANDEZ | ) | 99-B98-010 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |

and

| | | |
|---|---|---|
| DELFINO GONZALEZ-MERCADO | ) | B99-025 |
| | ) | (HGT/FR) |
| VS. | ) | |
| | ) | Brownsville, Texas |
| E. M. TROMINSKI, ET AL | ) | July 2, 2001 |

and

ORIGINAL

WILSON REPORTING SERVICES
P.O. Box 532003    Harlingen, Texas    78553
(956) 412-5700